UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS, | 1:11-cv-01372-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| H. BRAR, et al., | |
| Defendants. | |

Plaintiff Michael B. Williams, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 18, 2011. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

**Dated:   August 22, 2011**          /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE

-1-