# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. WILLIAMS,

                Plaintiff,

    v.

H. BRAR, et al.,

               Defendants.

_____/

CASE NO. 1:11-cv-01372-SKO PC

ORDER REQUIRING PLAINTIFF TO FILE
AMENDED COMPLAINT IN COMPLIANCE
WITH SCREENING ORDER WITHIN THIRTY
DAYS

(Doc. 10)

      Plaintiff Michael B. Williams, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 18, 2011.  The United States Court of Appeals for the Ninth Circuit affirmed the Court's orders denying Plaintiff's motions for preliminary injunctive relief and for reconsideration on July 11, 2012, and mandate issued on August 3, 2012.

      Accordingly, Plaintiff is HEREBY ORDERED to file an amended complaint in compliance with the Court's screening order within **thirty (30) days** from the date of service of this order or this action will be dismissed, with prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:    August 28, 2012**              _____/s/ Sheila K. Oberto_____
                                                                 UNITED STATES MAGISTRATE JUDGE

1